IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02424-DME-MEH

BROCKMAN MUSIC;
BRENDA RICHIE PUBLISHING;
UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC.; and
BON JOVI PUBLISHING;

    Plaintiffs,
v.

FAT FENDERS GRILLE & SALOON, LLC; and
FREDERICK ROSS;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 4, 2007.**

    For good cause shown, but in order to ascertain the intended progress of not just entry of default against the Defendants in this case but also the entry of judgment and a timeline for termination of this case, the Motion to Vacate Scheduling Conference [Filed May 4, 2007; Docket #17] is **granted** in part and **denied** in part. Accordingly, the Scheduling Conference set in this case for May 7, 2007, at 9:00 a.m., is hereby **converted** to a status conference. The conference will be held in Courtroom C-203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.