**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02424-DME-MEH

BROCKMAN MUSIC,
BRENDA RICHIE PUBLISHING,
UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., and
BON JOVI PUBLISHING,

       Plaintiffs,

v.

FAT FENDERS GRILLE & SALOON, LLC and
FREDERICK ROSS,

       Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO SET ASIDE ENTRY OF DEFAULT
AND MOTION FOR ENTRY OF FINAL JUDGMENT ON CONSENT**

---

       This matter comes before the Court on the Plaintiffs' new Motion for Entry of Final Judgment on Consent, filed July 16, 2007, and Unopposed Motion to Set Aside Entry of Default, filed May 18, 2007.

       On May 18, 2007, the Plaintiffs also filed an Unopposed Motion for Judgment on Consent. On May 22, 2007, this Court denied that motion without prejudice, and deferred ruling on the Plaintiffs' Unopposed Motion to Set Aside Entry of Default. The Court expressly reserved for the parties the right to refile an amended motion for final judgment on consent after certain modifications were accomplished.

       This Court concludes that the Plaintiffs' new Motion for Entry of Final Judgment on Consent is responsive to and compliant with this Court's May 22, 2007, order.

Therefore, having reviewed the Motions,

IT IS HEREBY ORDERED that the Plaintiffs' new Motion for Final Judgment of Consent and Unopposed Motion to Set Aside Entry of Default are GRANTED.

DATED this 19th day of July, 2007.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge